E-FILED
Friday, 03 December, 2004  03:18:31 PM
Clerk, U.S. District Court, ILCD

FILED
DEC 0 3 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

RECEIVED
DEC 0 2 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA IL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DISTRICT

| | |
|---|---|
| JASONTE WILLIAMS, | ) |
| Plaintiff, | ) |
| vs. | ) No. 04-2271 |
| THE PAVILION FOUNDATION, INC., | ) |
| Defendant. | ) |

## COMPLAINT

NOW COMES Plaintiff JASONTE WILLIAMS by and through his attorney Cheryl A. Handy of Handy Law Office, P.C. and complains against Defendant THE PAVILION FOUNDATION, INC. as follows:

### INTRODUCTION

1. This action involves a claim against The Pavilion Foundation, Inc. Plaintiff's wrongful termination from employment, monetary injuries and emotional injuries. This action is brought pursuant to the Fourteenth Amendment of the United States Constitution and 42 U.S.C. Sections 12112(a), 1983 and 1988.

### JURISDICTION AND VENUE

2. Jurisdiction and venue is premised upon 28 U.S.C. 1331 and 1343 for the federal claims and 28 U.S.C. 1307 over the related or ancillary or state claims. The EEOC Notice of Right to Sue was dated 27 August 2004 and was received at least one (1) day later or on 28 August 2004. Venue is proper because the Defendant does business in this District and because all of the conduct complained of took placed in this District.

### PARTIES

3. At all times relevant to this cause of action, Plaintiff has been a resident of the City of Champaign, County of Champaign, State of Illinois.

4. At all times relevant to this cause of action, The Pavilion Foundation, Inc. has conducted business as a facility under a heretofore unknown (to Plaintiff)

1

provision of Illinois law in the City of Champaign, County of Champaign, State of Illinois.

### STATEMENT OF FACTS

5. That Plaintiff is an African American person.
6. That Plaintiff's supervisors at Defendant's facility were all Caucasion persons. That Π. started working with Defendant's facility as a Mental Health Technician on or about 12 April 2001.
7. That at some point thereafter Plaintiff's duties were changed to that of a Teacher's Assistant.
8. That there was an incident on or about 27 January 2003 wherein a sixteen year old inpatient male at Carle Pavilion (an in-patient unit for children with psychiatric disorders) was involved in an outburst that required Plaintiff's professional intervention skills.
9. That during Plaintiff's professional intervention, the sixteen year old patient received moderate injuries to his face.
10. That Plaintiff was immediately suspended without pay pending a Department of Children and Family Services and internal investigation.
11. That the DCFS investigation did not recommend that Plaintiff be terminated but instead recommended that he (and other at defendant facility) be trained in a new restraint procedure.
12. That Plaintiff was discharged on 28 March 2003 because Defendant "thought it would be best."
13. That other similarly situated Caucasian and non-African American (Black) employees at Defendant's facility have not been terminated after an incident or complaint with a student.
14. That Defendant's wrongful actions have adversely affected Plaintiff's health and finances.

### COUNT ONE

15. Plaintiff re-states, re-alleges and re-incorporates Paragraphs 1-14 of the foregoing Complaint as Paragraph 15 of this Count One.

2

16. That Defendant did unlawfully and in violation of the discrimination laws.

WHEREFORE, Plaintiff JASONTE WILLIAMS respectfully requests for each Count herein that Judgment be entered in her favor and against Defendant PAVILION FOUNDATION, INC. in a fair and reasonable amount of damages to compensate him for him injuries and for punitive damages against Defendant in an amount to be determined at trial to punish Defendant and to deter Defendant and others from engaging in similar misconduct and further for interest on compensatory damages to commence from the date Plaintiff sustained him injuries at the rate set by law as well as him costs of bringing this action and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,

JASONTE WILLIAMS, Plaintiff

*Jasonte Williams*

~~By: Cheryl A. Handy, of~~
~~Handy Law Office, P.C.~~

908 N. Broadway Ave #312
Urbana, IL. 61801
217.355.4836

3